

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2015

No. 04-15-00079-CV

**IN THE MATTER OF R.H., JR.**

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 1995JUV0336
The Honorable Carmen Kelsey, Judge Presiding

**ORDER**

In accordance with this court's opinion issued this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that no costs shall be assessed against appellant, in relation to this appeal, because he qualifies as an indigent under TEX. R. APP. P. 20.1.

It is so **ORDERED** on March 25, 2015.

Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2015.

Keith E. Hottle, Clerk